IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-23-138 |
| | * | |
| YEFERSON YOBANY LUX-OXLAJ, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## JOINT STATUS REPORT

In response to the Court's order, ECF No. 54, the United States of America, by and through undersigned counsel, respectfully submits this joint status report. Counsel for Defendant has reviewed and approved this filing.

On April 19, 2023, a federal Grand Jury for the District of Maryland charged the Defendant with production of child pornography, in violation of 18 U.S.C. § 2251(a), and coercion and enticement of a minor, in violation of 18 U.S.C. § 2422(b). ECF No. 6. Since that time, the Government has produced discovery and held discovery reviews with Defense counsel. On May 6, 2024, the Government produced additional discovery that was requested by Defense counsel. The parties respectfully request additional time, through November 11, 2024, for the parties to engage in plea negotiations. A consent motion to toll the Speedy Trial Clock and continue pretrial deadlines is being filed contemporaneously with this joint status report.

    Respectfully submitted,

    Erek L. Barron
    United States Attorney
    /s/_____
    Patrick D. Kibbe
    Kelly O. Hayes
    Assistant United States Attorney